UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| APRELLA JENKINS and CEDRIC JENKINS, | Case No.: 2:11-cv-01092-GMN-CWH |
| Plaintiffs, | **ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m), FEDERAL RULES OF CIVIL PROCEDURE** |
| vs. | |
| WYNN LAS VEGAS, LLC, RYAN BURNETTE, LISA HARRISON, BRYAN JONES, MATTHEW PADAVESE, JORGE RAMIREZ and AMY SHIMABUKURO, | |
| Defendants. | |

Plaintiffs having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is **DISMISSED, without prejudice**, as to: **WYNN LAS VEGAS, LLC, RYAN BURNETTE, LISA HARRISON, BRYAN JONES, MATTHEW PADAVESE, JORGE RAMIREZ and AMY SHIMABUKURO**.

DATED this 6th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge